■ NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant, v WARLINDA HILL et al., as Parents and Natural Guardians of KENYATTA OWENS, et al., Respondents. [805 NYS2d 889]—Appeal from an order of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered December 3, 2004. The order denied plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Martoche, JJ.